Edward J. Maney, Trustee
P.O. Box 10434
Phoenix, Arizona 85064
Telephone (602) 277-3776
ejm@maney13trustee.com

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

*The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.*

Dated: January 24, 2012



*Randolph J. Haines*
Randolph J. Haines, Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | In Proceedings Under Chapter 13 |
| ) | |
| THOMAS M. JOHNS ) | Case No. 09-32072-PHX-RJH |
| MICHELE D. JOHNS ) | |
| ) | ORDER FOR PAYMENT OF |
| ) | UNCLAIMED FUNDS |
| ) | |
| _____Debtor (s)_____ ) | |

Upon Application of Edward J. Maney, Trustee, and good cause appearing:

IT IS ORDERED that the Trustee pay over the amount of $3,459.65 to the Clerk of the Court to be deposited as provided in Section 347 (a) of the Bankruptcy Code.

Dated this _____day of _____, 200___.

_____
U.S. Bankruptcy Judge

Unclaimed Funds/Order